# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

DANA JACKSON,  Civ. No. 19-2329 (PJS/SER)

    Plaintiff,

v.  **ORDER**

LAKE COUNTY COURT JUDGE ROSENBURG and VERNON HILLS POLICE DEPARTMENT,

    Defendants.

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff Dana Jackson's Complaint (Doc. No. 1) is **DISMISSED** without prejudice for lack of personal jurisdiction.

2. Jackson's two Applications to Proceed in District Court Without Prepaying Fees or Costs (Doc. Nos. 9 and 11) is **DENIED**.

3. Jackson's Motion to Request Service on All Defendants (Doc. No. 8) is **DENIED** as moot.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 12/6/19      s/Patrick J. Schiltz  
    Patrick J. Schiltz  
    U.S. District Judge